**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DONALD STRAUSSNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 08-160-WDS |
| | ) |
| UNION CARBIDE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: March 13, 2008.**

                                                               **s/ WILLIAM D. STIEHL**
                                                                     **DISTRICT JUDGE**

Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Cause No. 08-160-GPM.